UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LEON BANILIVI RUGS, INC.,

                Plaintiff,

  -against-

TOKIO MARINE AMERICA INSURANCE
COMPANY and PETER WALDOR &
ASSOCIATES, LLC,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 324 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on June 1, 2021 is hereby cancelled.

Dated: May 27, 2021
      New York, New York

SO ORDERED.

*GEORGE B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE