**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

LEON BANILIVI RUGS, INC.,

                      Plaintiff,

    -against-

TOKIO MARINE AMERICA INSURANCE
COMPANY and PETER WALDOR &
ASSOCIATES, LLC,

                    Defendants.

------------------------------------ x

ORDER

21 Civ. 324 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference is adjourned from August 10, 2021 to September 14, 2021 at 9:45 a.m.

Dated: August 10, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE