**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

LEON BANILIVI RUGS, INC.,

                Plaintiff,

-against-

TOKIO MARINE AMERICA INSURANCE
COMPANY and PETER WALDOR &
ASSOCIATES, LLC,

                Defendants.

------------------------------------ x

ORDER

21 Civ. 324 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff is granted leave to file a letter application to amend the complaint with a proposed amended complaint attached.

Dated: October 4, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE