**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
LEON BANILIVI RUGS, INC., :
:
                 Plaintiff, :
-against- :
: ORDER
TOKIO MARINE AMERICA INSURANCE :
COMPANY and PETER WALDOR & : 21 Civ. 324 (GBD)
ASSOCIATES, LLC, :
:
                 Defendants. :
:
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The status conference scheduled for October 5, 2021 is hereby cancelled. A final pretrial conference is scheduled to occur on November 16, 2021 at 9:45 a.m.

Dated: October 5, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE